1  Reuben D. Nathan, Esq. (SBN 208436)
2  AZIMY & NATHAN, LLP
3  18500 Von Karman Ave., Suite 500
   Irvine, California 92612
   Phone: (949) 486-1888
4  Fax:    (949) 486-1889
   Email: r.n@azimynathan.com
5          e.a@azimynathan.com

6  Attorneys of Record for Plaintiff,
7  JAMES DAVINO

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DAVINO, | Case No.: SACV08-118-DOC (MLGx) |
| Plaintiff, | |
| v. | **ORDER OF STIPULATION OF DISMISSAL** |
| ROBERT H. JAHNCKE and Does 1 through 10, inclusive. | |
| Defendants. | **F.R.Civ.P. 41(a)(1)** |

- 1 -

**ORDER OF STIPULATION OF DISMISSAL**

**ORDER**

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice.

Dated: July 10, 2008

*/s/ David O. Carter*
United States District Court Judge